FILED

NOT FOR PUBLICATION          MAR 06 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

OMAR VILLICANA,

          Plaintiff - Appellant,

   v.

ORANGE COUNTY SHERIFF'S
DEPARTMENT; et al.,

          Defendants - Appellees.

No. 10-56600

D.C. No. 8:09-cv-00614-SVW-RZ

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

    Omar Villicana appeals pro se from the district court's judgment dismissing

his 42 U.S.C. § 1983 action alleging the use of excessive force and the denial of

medical care while he was a pretrial detainee at the Orange County Jail.  We have

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed the action because Villicana failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 93-95 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Villicana's remaining contentions are unpersuasive.

**AFFIRMED.**

10-56600